**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 03, 2025

Nathan Ochsner, Clerk

In
Re:     Sherpa Coaching, Inc.

**Debtor(s)**                         Case No.: 23–30653

Chapter:  7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/3/25

Jeffrey P. Norman
United States Bankruptcy Judge